# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

————

No. 18-50228
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

November 21, 2018

Lyle W. Cayce
Clerk

————

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ARMANDO SIQUEIROS,

Defendant-Appellant

_____

Consolidated with 18-50244

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CARLOS IVAN ALEMAN-GALINDO,

Defendant-Appellant

————————————

Appeals from the United States District Court
for the Western District of Texas
USDC No. 2:17-CR-910-1
USDC No. 2:17-CR-652-1

————————————

No. 18-50228
c/w No. 18-50244

Before DAVIS, JONES, and DUNCAN, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Carlos Ivan Aleman-Galindo, also known as Armando Siqueiros, has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Aleman-Galindo has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.